UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

*(Electronically Filed)*

| | |
|---|---|
| DARLENE WHALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:12-CV-191-M |
| | ) |
| KENTUCKY DOWNS, LLC, | ) |
| | ) |
| Defendant. | ) |

### AGREED ORDER

\*\*\* \*\*\* \*\*\*

THIS MATTER having come before the Court by agreement of the parties as evidenced by signatures of their counsel hereto, and the Court having been fully advised,

IT IS HEREBY ORDERED that the Defendant shall have an extension of time to file an initial response or Answer to Plaintiff's Complaint through and including January 15, 2013.

AGREED TO THIS 19th day of December, 2012.

| | |
|---|---|
| *s / Edward I. Zwilling (with permission)* | *s / Claire M. Vujanovic* |
| Edward I. Zwilling | Cynthia Blevins Doll |
| SCHWARTZ ZWEBEN, LLP | Claire M. Vujanovic |
| 600 Vestavia Parkway, Suite 251 | FISHER & PHILLIPS LLP |
| Birmingham, Alabama 35216 | 220 West Main Street, Suite 2000 |
| Telephone: (205) 822-2701 | Louisville, KY 40202 |
| Facsimile: (205) 822-2702 | Telephone (502) 561-3985 |
| E-mail: ezwilling@szalaw.com | Facsimile: (502) 561-3991 |
| | E-mail: cdoll@laborlawyers.com |
| | cvujanovic@laborlawyers.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |