UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

*(Electronically Filed)*

| | |
|---|---|
| DARLENE WHALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:12-CV-191-M |
| | ) |
| KENTUCKY DOWNS, LLC, | ) |
| | ) |
| Defendant. | ) |

**<u>AGREED ORDER OF DISMISSAL</u>**

\*\*\* \*\*\* \*\*\*

By agreement of the Plaintiff, Darlene Whaley ("Plaintiff"), and Defendant, Kentucky Downs, LLC ("Defendant"), by counsel, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims asserted by Plaintiff in this action are **SETTLED AND DISMISSED WITH PREJUDICE**. Except as otherwise agreed, each party is to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that, by agreement of the parties, this Court shall retain jurisdiction to enforce the Settlement Agreement entered into by and between the parties for a period of 36 months from the date the Court issues an order of dismissal in this action.

AGREED TO THIS 23rd day of May, 2013.

| | |
|---|---|
| *s / Edward I. Zwilling (with permission)* | *s / Claire M. Vujanovic* |
| Edward I. Zwilling | Cynthia Blevins Doll |
| SCHWARTZ ZWEBEN, LLP | Claire M. Vujanovic |
| 600 Vestavia Parkway, Suite 251 | FISHER & PHILLIPS LLP |
| Birmingham, Alabama 35216 | 220 West Main Street, Suite 2000 |
| Telephone: (205) 822-2701 | Louisville, Kentucky 40202 |
| Facsimile: (205) 822-2702 | Telephone (502) 561-3985 |
| E-mail: ezwilling@szalaw.com | Facsimile: (502) 561-3991 |
| | E-mail: cdoll@laborlawyers.com |
| | cvujanovic@laborlawyers.com |
| COUNSEL FOR PLAINTIFF | |
| | COUNSEL FOR DEFENDANT |